JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN KOHUTE,<br>Petitioner,<br>v.<br>SOCIAL SECURITY OFFICE,<br>Respondent. | No. CV 26-9905-SRM(E)<br><br>JUDGMENT |

Pursuant to the "Order of Dismissal," the Petition is denied and dismissed without prejudice.

DATED: October 6, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE